IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.: 3:13-cv-819-J-99mmH-mcr
DIVISION:

DAMIR MUJADZIC,

    Plaintiff,

vs.

ERIC KONZELMANN and
EAN HOLDINGS, LLC.,

    Defendants.
_____/

## COMPLAINT

Plaintiff, DAMIR MUJADZIC, sues Defendants, ERIC KONZELMANN and EAN HOLDINGS, LLC., and allege(s):

1. This is an action for damages that exceed Fifteen Thousand Dollars ($15,000.00), exclusive of interest, costs and attorneys' fees.

2. At all times material to this action, Plaintiff, DAMIR MUJADZIC, was a natural person residing in Duval County, Florida.

3. At all times material to this action, Defendant, ERIC KONZELMANN was a natural person residing in Gloucester County, Sewell, New Jersey.

4. At all times material to this action, Defendant, EAN HOLDINGS, LLC., was a corporation authorized to do business and doing business in Duval County, Florida.

1

## COUNT I
## CLAIM OF DAMIR MUJADZIC AGAINST ERIC KONZELMANN

Plaintiff realleges and incorporates by reference paragraphs 1-4, and further states:

5. On or about February 17, 2011, Plaintiff, DAMIR MUJADZIC, was operating a motor vehicle traveling Southbound on Monument Road in, Jacksonville, Duval County, Florida.

6. At that time and place, Defendant, ERIC KONZELMANN, was a permissive user of a vehicle owned by Defendant, EAN HOLDINGS, LLC., traveling Southbound on Monument Road in Duval County, Florida.

7. At that time and place, Defendant, ERIC KONZELMANN, negligently operated and/or maintained the motor vehicle so that it collided with Plaintiff's, DAMIR MUJADZIC, motor vehicle.

8. Defendant, EAN HOLDINGS, LLC., is vicariously liable for the negligence of Defendant, ERIC KONZELMANN.

9. As a direct and proximate result of Defendant's, ERIC KONZELMANN, negligence, Plaintiff, DAMIR MUJADZIC, suffered bodily injury including a permanent injury to the body as a whole, pain and suffering of both a physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation of an existing condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff's motor vehicle was also damaged.

## COUNT II

### CLAIM OF DAMIR MUJADZIC AGAINST EAN HOLDINGS, LLC.

Plaintiff realleges and incorporates by reference paragraphs 1-4, and further states:

10. On or about February 17, 2011, Defendant, ERIC KONZELMANN, was operating a vehicle with permission and consent of its owner, Defendant, EAN HOLDING, LLC., Southbound on Monument Road.

11. At that time and place, Defendant, ERIC KONZELMANN, collided with a vehicle operated by DAMIR MUJADZIC.

12. Defendant, EAN HOLDINGS, LLC., is vicariously liable for the negligence of Defendant, ERIC KONZELMANN, pursuant to Florida's Dangerous Instrumentality Doctrine.

13. As a direct and proximate result of Defendant's, ERIC KONZELMANN, negligence, Plaintiff, DAMIR MUJADZIC, suffered bodily injury including a permanent injury to the body as a whole, pain and suffering of both a physical and mental nature, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, aggravation of an existing condition, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and loss of ability to lead and enjoy a normal life. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff's motor vehicle was also damaged.

3

WHEREFORE, Plaintiff, DAMIR MUJADZIC, demands judgment for damages against Defendants, ERIC KONZELMANN and EAN HOLDINGS, LLC., and other such relief deemed proper by the Court. Plaintiff also demands a jury trial on all issues so triable.

RESPECTFULLY submitted this 24th day of April, 2013

_____
MEGAN SEARLS, ESQ.
FBN: 0794341
Morgan & Morgan, P.A.
76 South Laura Street, Suite 1100
Jacksonville, FL 32202
Telephone Phone: (904) 398-2722
Facsimile: (904) 366-7677
Attorneys for Plaintiff

4

STATE OF FLORIDA
DUVAL COUNTY
I, UNDERSIGNED Clerk of the Circuit & County Courts, Duval County, Florida, DO HEREBY CERTIFY the within and foregoing, consisting of ___ pages, is a true and correct copy of the original as it appears on record and file in the office of the Clerk of Circuit & County Courts of Duval County, Florida.
WITNESS my hand and seal of Clerk of Circuit & County Courts at Jacksonville, Florida, this the ___ day of ___ A.D. 20 ___
RONNIE FUSSELL
Clerk, Circuit and County Courts
Duval County, Florida
By: _____ Deputy Clerk